UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS J. DONOGHUE,

               Plaintiff,

-against-

ZSCALER, INC.,

               Nominal Defendant,

-and-

ANDREW WILLIAM FRASER BROWN,

               Defendant.

Case No. 1:23-cv-05903 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at the oral argument held on June 3, 2024, Defendants' motion to dismiss is DENIED. The stay of discovery instituted at ECF No. 29 is LIFTED. No later than **June 10, 2024**, the parties shall jointly submit a proposed case-management plan using the Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at https://www.nysd.uscourts.gov/hon-jennifer-l-rochon.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

Dated: June 3, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge

1