**MIRIAM TAUBER LAW**

885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

October 28, 2024

**Via ECF**
Hon. Jennifer L. Rochon (U.S.D.J.)
U.S.D.C., S.D.N.Y. (500 Pearl Street)

Re: *Donoghue* v. *ZScaler, Inc.*, et. al., No. 23-CV-5903 (JLR)

**Request to Adjourn Settlement Conference (& Conduct Conference via Microsoft Teams)**

Your Honor:

Pursuant to Your Honor's Individual Rule, I write with the consent of all parties to respectfully request an adjournment of the settlement conference scheduled for Friday, November 1, 2024, at 9:30 AM due to a scheduling conflict.

I propose that the conference be held the following week, and suggest the following alternative dates convenient for all parties:

- Tuesday, November 5, 2024 (9:30 AM)
- Wednesday, November 6, 2024 (9:30 AM)
- Thursday, November 7, 2024 (9:30 AM)

Additionally, counsel for Defendant requests that the conference be conducted via Microsoft Teams. Plaintiff does not oppose.

Respectfully submitted,

*/s/ Miriam Tauber*
Miriam Tauber
*Attorney for Plaintiff*

cc (via ECF): all parties

> The requested adjournment is GRANTED. The conference is rescheduled to **Thursday, November 7, 2024 at 11:30 p.m**. The conference will be conducted by video on Microsoft Teams. Counsel will receive login credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing Toll-Free Number 877-336-1831 | Access Code: 5583342.
>
> Date:   October 29, 2024
>            New York, New York
>
>    **SO ORDERED.**
>
>    *Jennifer Rochon*
>    **JENNIFER L. ROCHON**
>    **United States District Judge**